**DISMISS; and Opinion Filed December 10, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00529-CV

### DESOTO PROFESSIONAL PARK, LTD., Appellant

### V.

### JOHN P. KIRTLAND, JEK LENDING, LLC, AND PD121 HOLDINGS, LLC, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-07826**

## MEMORANDUM OPINION
Before Justices Fillmore, Myers, and Whitehill
Opinion by Justice Fillmore

Stating they have reached a settlement, the parties have filed an agreed motion to dismiss

the appeal with prejudice. We grant the motion to the extent we dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(1), 43.2(f). We order each party bear its own costs of the appeal.


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

150529F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DESOTO PROFESSIONAL PARK, LTD.,
Appellant

No. 05-15-00529-CV        V.

JOHN P. KIRTLAND, JEK LENDING,
LLC, AND PD121 HOLDINGS, LLC,
Appellees

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-07826.
Opinion delivered by Justice Fillmore.
Justices Myers and Whitehill participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** each party bear its own costs of this appeal.


Judgment entered this 10th day of December, 2015.